**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  19-19446 |
| Randolph E Fields | ) | Chapter 13 |
| | ) | Judge:  Janet S. Baer |
| Debtor | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Randolph E Fields
406 S Mason St
Bensenville, IL  60106

DAVID M SIEGEL
790 CHADDICK DR
WHEELING, IL  60090

Please take notice that on November 08, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on October 31, 2019.

/s/   Jenn Karmia
FOR: Glenn Stearns, Chapter 13 Trustee

## MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Thursday, July 11, 2019.
2. The Debtor has failed to:
    a. File an amended plan.
    b. File an amended Form 122C-1 and 122C-2.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350

/s/   Pamela L. Peterson
FOR: Glenn Stearns, Chapter 13 Trustee