UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-19446 |
| RANDOLPH FIELDS, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 5**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Claim Number 5 is reduced to $68,709.44.

Enter:  *[signature]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: **JAN 3 1 2020**

**Prepared by:**
Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100