UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-19446 |
| RANDOLPH E. FIELDS, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | DuPage | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING DEBTOR'S MOTION TO INCUR DEBT**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and with due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED THAT:

The Debtor is granted to leave to incur debt to obtain a loan of $156,610.00, at an interest rate of 5.0%, with a monthly principal and interest payment of $1,400.00, subject to appraisal of the property.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 04, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100