Form G-4

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor(s)  Randolph E. Fields            Case No.  19-19446      Chapter  13

Moving Creditor  Harley-Davidson Credit Corp            Date Case Filed  07/11/2019

Nature of Relief Sought     ☑ Lift Stay     ☐ Annual Stay     ☑ Other (describe)  Co-debtor relief

Date of Confirmation Hearing   09/06/2019   or   Date Plan Confirmed   01/31/2020

1. Collateral
   a.   ☐ Home
   b.   ☑ Car   Year, Make Model   2008 HARLEY-DAVIDSON FLHTCU ULTRA CLASSIC ELECTRA G, VIN: 1HD1FC4468Y668687
   c.   ☐ Other (describe)

2. Balance Owed as of Petition Date   $9,364.31
   Total of all other Liens against Collateral

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $8,660.00

5. Default
   a.   ☐ Pre-Petition Default
        Number of months ____     Amount: ____
   
   b.   ☑ Post-Petition Default
        Number of months   4    Amount: ____
        
        i.   ☑ On direct payments to the moving creditor
             Number of months   4    Amount: $1,235.40
        
        ii.  ☐ On payments to the Standing Chapter 13 Trustee
             Number of months ____    Amount: ____

6. Other Allegations
   a.   ☑ Lack of Adequate Protection § 362(d)(1)
        i.    ☐ No insurance
        ii.   ☐ Taxes unpaid     Amount ____
        iii.  ☑ Rapidly depreciating asset
        iv.   ☐ Other (describe):
   
   b.   ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
   
   c.   ☑ Other "Cause" § 362(d)(1)
        i.    ☐ Bad Faith (describe)
        ii.   ☐ Multiple Filings
        iii.  ☑ Other (describe):   Failure to pay per contract and confirmed Plan
   
   d.   Debtor's Statement of Intention regarding the Collateral
        1. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date:       December 22, 2020                            /s/ Wesley T. Kozeny
                                                         Counsel for Movant

3907-N-1298